UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

IN RE:
GARY E. PRIME and
SUSAN E. PRIME
        Debtors

CLINTON SAVINGS BANK

VS.

GARY E. PRIME and SUSAN E. PRIME

CHAPTER 7
CASE NO. 09-44353-JBR

## MOTION FOR RELIEF FROM STAY

To the Honorable Joel B. Rosenthal:

CLINTON SAVINGS BANK, your moving party in the within Motion, respectfully represents:

1. The Movant has a mailing address of 200 Church Street, P.O. Box 770, Clinton, Massachusetts 01510.

2. The Debtors, GARY E. PRIME and SUSAN E. PRIME, have a mailing address of 203 Carolina Way, Sanford, North Carolina 27332;

3. On October 16, 2009, the Debtors filed a petition under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts.

4. The Movant is the holder of a first mortgage on real estate in the original amount of $304,200.00 given by Gary E. Prime and Susan E. Prime on or

about January 14, 2009. Said mortgage is recorded with the Worcester North County Registry of Deeds at Book 6858, Page 91 and covers the premises located at 54 Houghtons Mill Road, Lunenburg, Massachusetts 01462. A copy of the mortgage is filed herewith.

5. Said mortgage secures a note given by GARY E. PRIME and SUSAN E. PRIME to CLINTON SAVINGS BANK in the original amount of $304,200.00.

6. There is no other collateral securing the obligation.

7. There is no Declaration of Homestead recorded to the knowledge of the Movant.

8. As of October 16, 2009 approximately $310,218.26 in principal, interest, late fees and other charges was due with regard to CLINTON SAVINGS BANK'S note and mortgage.

9. There are no other encumbrances on the property.

10. The pre-petition arrearage is $12,966.28.

11. According to the Debtor's schedules, the fair market value of the subject property is $222,978.00. The liquidation value of the subject property is $210,312.32, calculated as the fair market value less a reasonable realtor's fee (5%) $11,148.90; deed stamps ($1,016.78) and anticipated costs incurred for a real estate closing of $500.00.

12. The Debtor has failed to remain current with the payments to CLINTON SAVINGS BANK.

13. The loan is due for the November 1, 2009 payment and all payments thereunder.

14. The total arrearage due as of March 1, 2010 is $10,600.10 excluding fees and costs. As a result of this Motion, attorney's fees and costs of approximately $450.00 have accrued. This figure may increase as additional attorney's fees and costs continue to accrue.

15. The total arrearage through the anticipated hearing on this Motion would also include any additional monthly mortgage payments in the amount of approximately $2,120.02, which payments are due on the 1st of every month. The arrearage would also include any additional expenses, attorney's fees and costs that accrue from the date of the filing of this Motion through the date of the hearing.

16. The Movant seeks relief from stay as a secured creditor to enforce its rights under its loan documents and applicable law. In support thereof, the Movant states that it is entitled to relief:

    I. Pursuant to 11 U.S.C. 362(d)(1) for cause on the basis that the Debtors have failed to make payments since July 1, 2009 and that the Debtors have failed to provide the Movant with adequate protection.

    II. Pursuant to 11 U.S.C. 362(d)(2) on the basis that there is no equity in the subject property and, there being no reorganization in prospect, the property is not necessary for effective reorganization.

WHEREFORE, the Movant prays that it, and it successors and/or assigns, be granted relief from the automatic stay for the purpose of: (i) exercising its rights under its agreements with the Debtors and under applicable law, including, without limitation,

taking possession of the mortgaged premises and/or foreclosing or accepting a deed in lieu of foreclosure of its mortgage on said premises; (ii) preserving its right to seek any deficiency to the extent permitted by state and federal law, including 11 U.S.C. §524(a); (iii) bringing such actions, including, without limitation, summary process proceedings, as are permissible by law; and (iv) that the Court order such other and further relief as may be just and proper.

                                        Respectfully submitted,

                                        CLINTON SAVINGS BANK
                                        By its Attorney

                                        /s/ Jon H. Kurland
                                        Jon H. Kurland, Esquire
                                        KURLAND & GROSSMAN, P.C.
                                        139 Billerica Road
                                        Chelmsford, Massachusetts 01824
                                        Telephone: (978) 256-2660
                                        BBO# 281620
                                        jkbkcy@kurlandgrossman.com

CERTIFICATE OF SERVICE

      I, Jon H. Kurland, Esquire, state that on March 26, 2010, I electronically filed the foregoing with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants.

Anne J. White, Chapter 7 Trustee

Richard T. King, US Trustee

John P. Morrison, Counsel for the Debtor

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non CM/ECF participants:

/s/ Jon H. Kurland
Jon H. Kurland, Esquire
KURLAND & GROSSMAN, P.C.
139 Billerica Road
Chelmsford, Massachusetts 01824
Telephone:  (978) 256-2660
BBO# 281620
jkbkcy@kurlandgrossman.com

Gary E. Prime
203 Carolina Way
Sanford, North Carolina 27332

Susan E. Prime
203 Carolina Way
Sanford, North Carolina 27332

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

IN RE:
GARY E. PRIME and
SUSAN E. PRIME
        Debtors

CLINTON SAVINGS BANK

VS.

GARY E. PRIME and SUSAN E. PRIME

CHAPTER 7
CASE NO. 09-44353-JBR

## ORDER GRANTING CLINTON SAVINGS BANK RELIEF FROM AUTOMATIC STAY AND LEAVE TO FORECLOSE MORTGAGE

    This matter has come before the Court, and after full consideration, and no objections having been filed after proper notice, it is hereby ordered that CLINTON SAVINGS BANK, its Successors and/or Assigns, Motion for Relief From the Automatic Stay is hereby granted and it may proceed to foreclose or accept a deed in lieu of foreclosure of the mortgage given by GARY E. PRIME AND SUSAN E. PRIME to CLINTON SAVINGS BANK on or about January 14, 2009 recorded with the Worcester North County Registry of Deeds at Book 6858, Page 91 which covers the premises located at 54 Houghtons Mill Road, Lunenburg, Massachusetts, and may exercise its rights under said Mortgage, including preserving its right to seek any deficiency to the extent permitted by state and federal law, including 11 U.S.C. §524(a), and may bring such actions, without limitation, summary process proceedings, as are permissible by law, all as set forth in its Motion.

                                        Honorable Joel B. Rosenthal
                                        United States Bankruptcy Judge